

## NUMBERS 13-13-00621-CR AND 13-13-00622-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

Gerardo Cano,                                       **Appellant,**

**v.**

The State of Texas,                                    **Appellee.**

### On appeal from the 390th District Court
### of Travis County, Texas

## ORDER ABATING APPEAL

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Order Per Curiam

Appellant, Gerardo Cano, seeks to appeal from his convictions by filing pro se

notices of appeal.[1]   Appellant has now filed a motion requesting appointment of counsel

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).

to prosecute his appeals and a motion requesting additional time to respond to any Court notices because he does not have counsel.

We ABATE the appeals and REMAND the cases to the trial court. Upon remand, the trial court is directed to: (1) immediately cause notice to be given and conduct a hearing to determine whether appellant is indigent; (2) appoint counsel to represent appellant on appeal if he is determined to be indigent; (3) make and file appropriate findings of fact and conclusions of law and cause them to be included in a clerk's record; (4) cause the hearing to be transcribed and included in a reporter's record; and (5) have these records forwarded to the Clerk of this Court within thirty days from the date of this order. If the trial court requires additional time to comply, the trial court should so notify the Clerk of this Court.

It is so ORDERED.

PER CURIAM

Do not publish.
See TEX. R. APP. P. 47.2(b).

Delivered and filed the
6th day of January, 2014.